IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  8:02CR356 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| DANTE FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons discussed in the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Filing No. 190) is summarily denied;

2. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 191) is denied; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 1st day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge