# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 8:02CR356 |
| Dante G. Frazier ) | USM No: 18082-047 |
| ) | |
| Date of Original Judgment: 12/01/2003 ) | |
| Date of Previous Amended Judgment: ) | David R. Stickman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

AMENDED **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/01/2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/08/2016

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Laurie Smith Camp, Chief U.S. District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Dante G. Frazier
CASE NUMBER: 8:02CR356
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: _____    Amended Total Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Due to the quantity of pseudoephedrine attributed to the Defendant, there is no change in the Defendant's guideline range.  Therefore, the Defendant's pro se Motion to Reduce Sentence - USSC Amendment (Filing Nos. 200) is denied; and the Federal Public Defender's Motion to Withdraw (Filing No. 203) is granted.